

SANDRA KAY TRICKETT

    Plaintiff,

vs.                                    Civil Action No. CV207-016

ADVANCED NEUROMODULATION
SYSTEMS, INC.,

    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF
BENJAMIN A. TRANCHINA
SEPTEMBER 11, 2007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JANIS ROGERS
& ASSOCIATES
1545 WEST MOCKINGBIRD LANE
SUITE 1032
DALLAS, TX 75235
214/631-2655
FAX 214/631-2690
depos@jracsr.com